HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-122-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |
| BRADLEY TURNER, | |
| Defendant. | |

This matter has come before the Court on Bradley Turner's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Bradley Turner's term of supervised release be terminated immediately, pursuant to 18 U.S.C. § 3583(e).

DATED this 27th day of July, 2020.

_____
Robert S. Lasnik
United States District Judge

Submitted by:

s/ *Michael Filipovic*
Federal Public Defender

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Bradley Turner*, CR17-122-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**